JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> KINCAID INDUSTRIES, INC. and RONALD S. KINCAID, <br><br> Defendants. | No. 2:23-cv-02106-ODW (PVCx) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Pursuant to the parties' "Stipulation for Dismissal Without Prejudice, and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement," (ECF No. 21), and good cause appearing therefor, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**. All dates and deadlines in the matter are **VACATED**. The Court retains jurisdiction of the action and the parties to enforce the terms of their Settlement Agreement.

Dated: July 19, 2023

_____
Honorable Otis D. Wright II
United States District Court Judge

Order